No. 12–8438. PFEIFFER-EL *v.* UNITED STATES ET AL. C. A. 4th Cir. Certiorari denied.

No. 12–8441. PAXSON *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 12–8442. DORMAN *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 12–8443. DEW *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 12–8447. WRIGHT *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 12–8450. JUAREZ-OLVERA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 12–8461. GREEN *v.* LOCKETT, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 12–8474. GEHRINGER *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 12–164. FIGUEREO-SANCHEZ *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 12–239. MINNESOTA *v.* SAHR. Sup. Ct. Minn. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 12–492. PEARSON, WARDEN *v.* WINSTON. C. A. 4th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 12–646. NELSON ET AL. *v.* CITY OF ROCHESTER, NEW YORK. App. Div., Sup. Ct. N. Y., 4th Jud. Dept. Motions of New York State Coalition of Property Owners and Businesses, Cato Institute et al., and Institute for Justice for leave to file briefs as *amici curiae* granted. Certiorari denied.